The portion of the Opinion and Award of the Industrial Commission filed 24 November 1992 is vacated with respect to the plaintiff's psychological condition and the case remanded to Deputy Commissioner Morgan S. Chapman who heard this matter in part on 9 October 1991 for the entry of an Opinion and Award consistent with the Opinion of the Court of Appeals including: (1) specific findings on the issue of plaintiff's psychological condition and (2) in light of these additional findings, a redetermination of whether the facts constitute a change of condition.
Costs shall abide final result.
This the _____ day of ________________________________________, 1994.
FOR THE FULL COMMISSION
 S/ _________________________ DIANNE C. SELLERS COMMISSIONER
DCS/nw